Mr. Donavon Medley #352282.  
Riverbend Maximum Security Institution.  
7475 Cockrill Bend Blvd.  
Nashville, TN. 37209-1048.

(Sept, 03, 2013.)

rec'd  
9/10/13

Re:

Donavon Medley v. T.D.O.C, et al.  
U.S. Middle District Court No.: 1:12-0192  
C.C.A Matter No.: 201300095  
Our File No.: 094-140-00

ORDER  
These objections to discovery are set for a hearing on September 30, 2013 at 3:00pm. The Plaintiff's custodian shall produce Plaintiff at the U.S. Ct Hse in Columbia TN

Dear Honorable Chief Judge. W. J. Haynes, Jr.,

Please excuse me your honor, but 'Sir i am elated to properly inform you on the facts that i have recently received two seperate packages from the defendants Attorney 'James I. Pentecost of "Pentecost & Glenn, PLLC", enclosing a back door cross-examination and demands of "Production of Documents & Interrogatories" forms of relevance to our aforementioned case, as well as questioning me of my personal attachments outside of the relevance of our case.

Attorney 'James Pentecost, sent me a demand of request's first in 'May of 2013, & again the arrogant response in objections to my request for the defendant's "Production of Documents & Interrogatories" forms back in return. Your Honor, firstly i feel that their Attorney 'Mr. Pentecost, is pursuing the matters of our case outside of your judgement & the professionalism of your courtroom and it's ruling's. Secondly, 'Mr. Pentecost has mentioned some allegations that i've never inquired of the defendant's. And Thirdly, due to the notes & records 'Mr. Pentecost presented shows all of my personal self claims & allegations pertaining to this case are factually true... That "yes" true indeed my cell-room sink fell off the wall onto me twice due to the weak fixtures of sinks & anchor hooks, causing me to get drenched by the sink the 1st time early that morning while preparing for breakfast. Afterwards i showed the Pod's C/O & asked that the maintenance to come fix my sink, in which without me knowing due to me going to

Case 1:12-cv-00192 Document 33 Filed 09/10/13 Page 1 of 3 PageID #: 91